JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
    38 CORPORATE PARK, SUITE D
    IRVINE, CA  92714
    714-474-2055
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff, | COURT NO: 92 A 21396 |
| v. | DEFAULT JUDGMENT |
| GUADALUPE DELACRUZ<br>A/K/A GUADALUPE TAPIA<br>          Defendant(s). | |



In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from GUADALUPE DELACRUZ the sum of $2,627.60 as principal, $1,162.54 as accrued prejudgment interest, $158.80 administrative charges, and $72.50 costs, plus $462.00 attorney fees for a total amount of $4,483.44, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: DEC - 8 1992

                              LEONARD A. BROSNAN, CLERK
                              U.S. District Court
                              Central District of California

                              By: 
                                   Deputy Clerk